UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Grace Woodham</u>

    v.                                  Case No. 25-cv-498-SM

<u>NH Department of Health & Human Services, et al</u>

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated January 14, 2026, for the reasons set forth therein. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

_____
Steven J. McAuliffe
United States District Judge

Date: January 29, 2026

cc:  Grace Woodham, pro se
     Robert & Janet Woodham, Guardians